THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHECTMAN, Appellant.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.